UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Case No. 25-20241

HON. STEPHEN J. MURPHY, III

v.

GURWINDER SINGH,

    Defendant

_____

**AMENDED STIPULATED ORDER TO ADJOURN SENTENCING**
_____

Sentencing for the above-referenced matter is currently scheduled for January 19, 2026. The parties hereby stipulate and jointly move for a 30-day adjournment of sentencing. Both parties need additional time to complete filings which are necessary for the Court to consider in advance of sentencing. Further, the parties stipulate that objections to the PSIR will be due by January 19, 2026.

**Stipulated and Approved for Entry by:**

/s/ Anjali Prasad
Anjali Prasad
Attorney for Defendant
Prasad Legal, PLLC
4190 Telegraph, St. 3000
Bloomfield Hills, MI 48302
(248) 733-5006
aprasad@prasadlegal.com
Dated: 12/29/2025


/s/ Barrington Wilkins (w/ consent)
Barrington Wilkins
Assistant United States Attorney
Eastern District of Michigan
211 West Fort Street, St. 2001
Detroit, MI 48226
(313) 226-9621
Barrington.Wilkins@usdoj.gov
Dated: 12/29/2025

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Case No. 25-20241

HON. STEPHEN J. MURPHY, III

v.

GURWINDER SINGH,

    Defendant

_____

**AMENDED ORDER TO ADJOURN SENTENCING**
_____

    Sentencing for the above-referenced matter is currently scheduled for January 19, 2026. The parties requested a 30-day adjournment of sentencing so that both parties can complete filings which are necessary for the Court to consider in advance of sentencing. The Court GRANTS the parties' request. Accordingly, the following deadlines will apply to the parties' filings:

- Objections to the PSIR will be due by January 19, 2026.

- Sentencing for this matter will be adjourned until March 3,

3

2026 at 11:00 AM.

**SO ORDERED.**

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

Dated: December 29, 2025

4